**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN MICHIGAN**

MARVIN LANCE,

Plaintiff,

Case No.2:15-cv-12408
Judge: Bernard A. Friedman

vs.

OAKLAND COUNTY, OAKLAND COUNTY CHILDREN'S VILLAGE FOUNDATION, STAFF MEMBER MULLINS, STAFF MEMBER OWENS, JR., BOYSVILLE OF MICHIGAN, INC. d/b/a HOLY CROSS CHILDREN'S SERVICES,

Defendant.
_________________________________________/

CHRISTENSEN LAW
DAVID E. CHRISTENSEN (P45374)
SARAH S. STEMPKY KIME (P74167)
Attorneys for Defendant/Counter Plaintiff
25925 Telegraph Rd., Ste. 200
Southfield, MI 48033
(248) 213-4900
dchristensen@davidchristensenlaw.com
skime@davidchristensenlaw.com

MARA M. MARA (P45114)
ASSISTANT CORPORATION COUNSEL
Attorneys for Def Oakland Co & Children's Village
1200 N. Telegraph Road, Bldg 14E
Pontiac, MI 48341-0419
(248) 975-9616
maram@oakgov.com

MICHAEL D. WEAVER (P43985)
PLUNKETT COONEY
Attorney for Def Boysville
38505 Woodward, Suite 2000
Bloomfield Hills, MI 48034
(248) 901-4025
mweaver@plunkettcooney.com
_________________________________________/

**PLAINTIFF'S REPLY TO DEFENDANTS OAKLAND COUNTY AND OAKLAND COUNTY CHILDREN'S VILLAGE'S AFFIRMATIVE DEFENSES**

NOW COMES Plaintiff, MARVIN LANCE, by and through attorneys, CHRISTENSEN LAW, in reply to Defendants' Oakland County and Oakland County Children's Village Affirmative

Defenses, categorically deny each and every allegation contained therein for the reason they are untrue.

CHRISTENSEN LAW,

BY: /s/DAVID E. CHRISTENSEN
DAVID E. CHRISTENSEN (P45374)
SARAH S. STEMPKY KIME (74167)
Attorneys for Plaintiff

Dated: October 16, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on 16th of October, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing electronically to all participating attorneys.

CHRISTENSEN LAW

BY: /s/DAVID E. CHRISTENSEN______
DAVID E. CHRISTENSEN (P45374)
25925 Telegraph Road, Suite 200
Southfield, MI 48033
(248) 213-4900
Fax: (248) 213-4901
dchristensen@davidchristensenlaw.com