UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN LANCE,

Plaintiff, Civil Action No. 15-CV-12408

vs. HON. BERNARD A. FRIEDMAN

OAKLAND COUNTY, et al.,

Defendants.
________________________________________/

**ORDER**

On May 18, 2016, this matter came before the Court on plaintiff's motion to amend caption and complaint due to misnomer [docket entry 34]. For the reasons stated on the record,

IT IS ORDERED that plaintiff's motion to amend caption and complaint due to misnomer is granted.

__s/ Bernard A. Friedman________
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: May 20, 2016
Detroit, Michigan