**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN MICHIGAN**

MARVIN LANCE,

Plaintiff,

Case No. 15-12408
Hon. Bernard A. Friedman

vs.

OAKLAND COUNTY, OAKLAND COUNTY CHILDREN'S VILLAGE FOUNDATION, STAFF MEMBER MULLINS, STAFF MEMBER OWENS, III,

Defendants.
_______________________________________________/

David E. Christensen (P45374)
Sarah S. Stempky Kime (P74167)
Christensen Law
Attorneys for Defendant/
Counter Plaintiff
25925 Telegraph Rd., Ste. 200
Southfield, MI 48033
(248) 213-4900

Mary M. Mara (P45114), Litigator
Oakland County Corporation Counsel
Attorney for Defendants
Oakland County, Oakland County
Children's Village, Staff Member
Mullins and Staff Member Owens, III
1200 N. Telegraph Road, Dept. 419
Pontiac, MI 48341-0419
(248) 975-9616
_______________________________________________/

## <u>INDEX OF EXHIBITS</u>

Exhibit A Email dated November 17, 2015 from David Christensen

Exhibit B *Szabo v CSX Transportation, Inc.*

Exhibit C *Ham v Sterling Emergency Services*