**Exhibit A**

**Mara, Mary M**

| | |
|---|---|
| **From:** | David Christensen <dchristensen@davidchristensenlaw.com> |
| **Sent:** | Tuesday, November 17, 2015 5:14 PM |
| **To:** | Mara, Mary M |
| **Subject:** | Re: Service on Owens |

Looks like he served wrong guy

David E. Christensen
Christensen Law
(248) 213-4900

On Nov 17, 2015, at 4:23 PM, Mara, Mary M <maram@oakgov.com> wrote:

David
Please disregard my email from earlier today. The attached letter was sent in error.
Please see the Corrected Letter (attached). It will be sent via regular mail as well.
Thanks
Mary

Mary M. Mara
Litigator/Senior Assistant Corporation Counsel
Department of Corporation Counsel
1200 N. Telegraph Road, Bldg. 14 East
Courthouse West Wing Extension, 3rd Floor
Pontiac, MI 48341
Phone Number: (248) 975-9616
Fax Number: (248) 858-1003
E-mail: maram@oakgov.com

**PRIVILEGED AND CONFIDENTIAL – ATTORNEY CLIENT COMMUNICATION**

This e-mail is intended only for those persons to whom it is specifically addressed. It is confidential and is protected by the attorney-client privilege and work product doctrine. This privilege belongs to the County of Oakland, and individual addressees are not authorized to waive or modify this privilege in any way. Individuals are advised that any dissemination, reproduction or unauthorized review of this information by persons other than those listed above may constitute a waiver of this privilege and is therefore prohibited. If you have received this message in error, please notify the sender immediately. If you have any questions, please contact the Department of Corporation Counsel at (248) 858-0550. Thank you for your cooperation.

<Corrected Ltr To Christensen Re Owens Service.pdf>