**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN MICHIGAN**

MARVIN LANCE,

Plaintiff,

Case No. 15-12408
Hon. Bernard A. Friedman

vs.

OAKLAND COUNTY, OAKLAND COUNTY CHILDREN'S VILLAGE FOUNDATION, STAFF MEMBER MULLINS, STAFF MEMBER OWENS, III,

Defendants.
_______________________________________/

David E. Christensen (P45374)
Sarah S. Stempky Kime (P74167)
Christensen Law
Attorneys for Defendant/
Counter Plaintiff
25925 Telegraph Rd., Ste. 200
Southfield, MI 48033
(248) 213-4900

Mary M. Mara (P45114), Litigator
Oakland County Corporation Counsel
Attorney for Defendants
Oakland County, Oakland County
Children's Village, Staff Member
Mullins and Staff Member Owens, III
1200 N. Telegraph Road, Dept. 419
Pontiac, MI 48341-0419
(248) 975-9616
_______________________________________/

**STIPULATED ORDER TO EXTEND DATES FOR THE FILING OF PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT [DOCKET 51] AND THE CURRENT DISPOSITIVE MOTION CUT-OFF DATE OF AUGUST 5, 2016**

**PRESENT: HONORABLE BERNARD A. FRIEDMAN**

This matter having come before this Honorable Court upon stipulation of the parties through their respective counsel, the parties are now actively engaged in

settlement negotiations but require additional time and the Court being otherwise fully advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff may have an additional four weeks (until August 25, 2016) to file an Answer to Defendant's Motion to Dismiss Amended Complaint [Docket # 51] and the Dispositive Motion Cut-Off date is extended an additional four weeks (until September 2, 2016). These extensions are the first extensions to be requested by the Parties in this matter.

s/ Bernard A. Friedman____
The Honorable Bernard A. Friedman

August 5, 2016

Approved as to form and content:

**/s/ David E. Christensen (P45374)**
Christensen Law
Attorney for Plaintiff
25925 Telegraph Road, Ste. 200
Southfield, MI 48033
(248) 213-4900

**/s/ Mary M. Mara (P45114)**
Assistant Corporation Counsel
Attorney for Defendants
1200 North Telegraph Road, Bldg. 14 East
Pontiac, Michigan 48341-0419
(248) 975-9616