**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN MICHIGAN**

MARVIN LANCE,

Plaintiff,

vs.

OAKLAND COUNTY, OAKLAND COUNTY CHILDREN'S VILLAGE FOUNDATION, STAFF MEMBER MULLINS, STAFF MEMBER OWENS, III,

Defendants.

Case No. 15-12408
Hon. Bernard A. Friedman

_______________________________________/

David E. Christensen (P45374)
Sarah S. Stempky Kime (P74167)
Christensen Law
Attorneys for Defendant/
Counter Plaintiff
25925 Telegraph Rd., Ste. 200
Southfield, MI 48033
(248) 213-4900

Mary M. Mara (P45114), Litigator
Oakland County Corporation Counsel
Attorney for Defendants
Oakland County, Oakland County
Children's Village, Staff Member
Mullins and Staff Member Owens, III
1200 N. Telegraph Road, Dept. 419
Pontiac, MI 48341-0419
(248) 975-9616

_______________________________________/

**STIPULATION AND ORDER SETTING ASIDE DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT AGAINST JOHN OWENS III [DOCKET # 51]**

**IT IS HEREBY ORDERED** pursuant to stipulation of the parties that Defendant's Motion to Dismiss Amended Complaint on behalf of John Owens III [Docket # 51] is hereby withdrawn and set aside. Defendant reserves the right to

re-file said motion in the event ongoing settlement efforts fail to resolve this litigation.

s/ Bernard A. Friedman______
The Honorable Bernard Friedman

August 29/2016

The Parties so stipulate:

*/s/ Dave Christensen*
David E. Christensen (P45374)
Christensen Law
Attorney for Plaintiff
25925 Telegraph Rd., Ste. 200
Southfield, MI 48033
(248) 213-4900

*/Mary M. Mara*
Mary M. Mara (P45114)
Assistant Corporation Counsel
Attorney for Defendants
1200 N. Telegraph Road, Bldg 14E
Pontiac, Michigan 48341-0419
(248) 975-9616

Dated: August 29, 2016

Respectfully submitted,

OAKLAND COUNTY CORPORATION COUNSEL
*s/Mary M. Mara*

Mary M. Mara, Litigator
Oakland County Corporation Counsel
Attorneys for Oakland County,
Oakland County Children's Village
Staff Member Mullins and Staff Member Owens, III

1200 N. Telegraph Road, Bldg 14E
Pontiac, Michigan 48341-0419
(248) 975-9616
maram@oakgov.com
Attorney Bar No. P 45114

Dated: August 29, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I electronically filed the foregoing documents **STIPULATION AND ORDER SETTING ASIDE DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT AGAINST JOHN OWENS III [DOCKET # 51]** with the Clerk of the Court using the ECF System which will send notification of such filing to the attorney(s) of record and I hereby certify that I have mailed by United States Postal Service the same to the following non-ECF participants: NONE.

Respectfully submitted,

OAKLAND COUNTY CORPORATION COUNSEL

*s/Mary M. Mara*

Mary M. Mara, Litigator
Oakland County Corporation Counsel
Attorneys for Oakland County,
Oakland County Children's Village
Staff Member Mullins and Staff Member Owens, III
1200 N. Telegraph Road, Bldg 14E
Pontiac, Michigan 48341-0419
(248) 975-9616
maram@oakgov.com
Attorney Bar No. P 45114

Dated: August 29, 2016