**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN MICHIGAN**

MARVIN LANCE,

Plaintiff,

Case No. 15-12408
Hon. Bernard A. Friedman

vs.

OAKLAND COUNTY, OAKLAND COUNTY CHILDREN'S VILLAGE FOUNDATION, STAFF MEMBER MULLINS, STAFF MEMBER OWENS, III,

Defendants.
______________________________________________________________________/

David E. Christensen (P45374)
Sarah S. Stempky Kime (P74167)
Christensen Law
Attorneys for Defendant/
Counter Plaintiff
25925 Telegraph Rd., Ste. 200
Southfield, MI 48033
(248) 213-4900

Mary M. Mara (P45114), Litigator
Oakland County Corporation Counsel
Attorney for Defendants
Oakland County, Oakland County
Children's Village, Staff Member
Mullins and Staff Member Owens, III
1200 N. Telegraph Road, Dept. 419
Pontiac, MI 48341-0419
(248) 975-9616
______________________________________________________________________/

**STIPULATED ORDER OF DISMISSAL**

Upon stipulation of the parties:

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice and without costs or fees to any party.

s/ Bernard A. Friedman______
Bernard A. Friedman
U.S. District Court Judge

Date: September 26, 2016

I hereby stipulate to entry of this Order.

*/s/ David E. Christensen*
David E. Christensen (P45374)
Christensen Law
Attorneys for Plaintiff
25925 Telegraph Rd., Ste. 200
Southfield, MI 48033
(248) 213-4900

*s/Mary M. Mara*
Mary M. Mara, Litigator
Oakland County Corporation Counsel
Attorneys for Oakland County,
Oakland County Children's Village
Staff Member Mullins and Staff Member Owens, III
1200 N. Telegraph Road, Bldg 14E
Pontiac, Michigan 48341-0419
(248) 975-9616

Dated: September 26, 2016